CATHERINE IRENE SULLIVAN, as Executrix, etc., of JOHN F. SULLIVAN, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Action to recover salary for the month of January, 1933, as commissioner of city planning. Judgment for plaintiff for $1,331.65 unanimously affirmed, with costs. In our opinion, the office was not abolished until February 1, 1933; plaintiff's testator was entitled to the salary of the office for the month of January, 1933, and mandamus was not the respondent's exclusive remedy. Present — Carswell, Scudder, Tompkins, Davis and Johnston, JJ.

UNEXCELLED LAUNDRY SYSTEM, INC., Appellant, v. OTTO ESEMANN, Respondent. — Order denying motion for a temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Scudder, Tompkins, Davis and Johnston, JJ., concur.

MARGARETHA WILKENS, Appellant, v. FRANCES A. HARTRIDGE, Individually and as Administratrix, etc., of ALFRED L. HARTRIDGE, Deceased, Respondent.— Order granting defendant's motion to examine plaintiff (1) for the purpose of framing a further amended answer and (2) for the purpose of obtaining evidence to substantiate her defense of usury upon the trial modified on the law by striking therefrom the second provision, and as so modified affirmed, without costs; examination to proceed on five days' notice. It was error, in advance of joinder of issue, to direct the examination of plaintiff for use upon the trial. ( Kardonsky v. Tozzi, 217 App. Div. 753.) Scudder, Tompkins, Davis and Johnston, JJ., concur; Lazansky, P. J., concurs in the modification of the order by striking out the provision which grants the examination for the purpose of obtaining evidence to substantiate the defense of usury but dissents from the affirmance of that part of the order which grants the examination for the purpose of framing a further amended answer, and votes for reversal and a denial of the motion.

THE YONKERS NATIONAL BANK AND TRUST COMPANY, Respondent, v. HORACE M. GRAY and Another, Appellants, and MARYLAND CASUALTY COMPANY and Another, Defendants.— Action to foreclose a mortgage on real property. Order denying motion to dismiss the complaint under rule 106 of the Rules of Civil Practice, for insufficiency, affirmed, with ten dollars costs and disbursements. The answer may be served within ten days from the entry of the order herein. No opinion. Young, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., not voting.

THYRZA BENSON FOWLER, Individually, and R. STUYVESANT PIERREPONT and Another, as Substituted Trustees Created under Article 28 of the Last Will and Testament of MARY BENSON, Deceased, Appellants, v. MONTAUK BEACH DEVELOPMENT CORPORATION and Others, Defendants; THOMAS E. RINGWOOD, as Permanent Trustee of the Estate of the Defendant, MONTAUK BEACH DEVELOPMENT CORPORATION, Appointed Pursuant to Section 77B of the Federal Bankruptcy Act, Respondent.— Action to foreclose a purchase-money mortgage. Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.